# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                           Chapter 13

                           Bankruptcy No. 17-17470-MDC

      STEVEN J CAMPBELL

      332 MAGEE AVENUE

      PHILADELPHIA, PA 19111

           Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

   Debtor(s), at the address listed, by first class mail.

      STEVEN J CAMPBELL

      332 MAGEE AVENUE

      PHILADELPHIA, PA 19111

Counsel for debtor(s), by electronic notice only.

      PRO-SE
      *
      *
      *, * *

                    /S/ William C. Miller

Date: 1/19/2018                 _____

                    William C. Miller, Esquire
                    Chapter 13 Standing Trustee