#17-17470

To whom it may concern,

I received a notice for a motion for dismissal of my ch13 bk #17-17470. I am responding to the motion and would like my date in court on February 22, 2018. I was late for my meeting of creditors and would request to have it on that date. My trustee payments are caught up and included with this response are copies of money orders and cashiers check number to verify payments. Thank you.
Steven Campbell



FILED
FEB -2 2018
BY TIMOTHY McGRATH, CLERK
DEP. C...

- Cashiers check # 21-41007580
- 1-17-18 ~~$553.30~~
- $553.33

Sent 2-1-18

Send and Manage Money Easily. All With One Card.
The Western Unionr NetSpendr Prepaid Mastercard
ID Verification required.

AGT 253660 LOC 025855 DT 020118 $53.33 53DOLLARS AND 33CENTS

Payable to: William C. Miller Trustee

* 1765920595 9 *

The Western Unionr NetSpendr Prepaid MasterCardr
ID Verification required. Fees apply. See prepaid rack for info.

AGT 253665 LOC 025855 DT 020118 $500.00

William C Miller Trustee

* 1765920595 8 *