Official eCheck

**Gregg Fox**
Pasha Luxury Services, Inc.
67 buck RD., Suite 107
Huntingdon Valley, PA 19006

This is a Deluxe eCheck. Use the **Check Verification** service provided by the Deluxe Corporation if you wish to confirm that this check was issued by the account holder and remains unmodified from the original electronic document. https://www.verifyvalid.com/verify.

VV

Date 09/15/2

Void after 9

PAY TO THE ORDER OF Steven Campbell $ 58.00

Fifty-eight and 00/100 Dol

Bank Of America N.A.

Gregg Fox

Memo

Official eCheck

Cut along this line

# ›ck appears upside down intentionally

## ›w to use this check

**Need help?** Visit eChecks.com or call 800-631-8962

| ›ep 1 | Step 2 | Step 3 |
|---|---|---|
| **›int the check** | **Valid›… ›orrectly** | **Deposit like normal** |
| **Any printer works**<br>**Black or color ink**<br>**Basic white paper** | **›ers are:**<br>›k<br>**›› are:**<br>›, or off-center<br>›udged or wrinkled<br>Too light to read | 1. **Cut on the dotted line above**<br>2. **Endorse the back**<br>3. **Deposit like normal:**<br>In-person at a bank or credit union<br>Using an ATM<br>Via smartphone mobile deposit<br>With an office check scanner<br><br>**Bank or credit union questions?**<br>More info below. |

This is for one day of training

›es your financial institution have questions about this check?

- This check was printed from an authorized check record. It is not a Check 21 Image Replacement Document.
- The details (pay to, amount, routing/account number) and authenticity of this check can be verified by visiting: verifyvalid.com/verify

**›uestions?** Visit **eChecks.com** or call 800-631-8962

## your records

**2017**
**Number:** VV169
›regg Fox
**›t:** 58.00
**› to:** Steven Campbell

Are you a business? To save time, money, and resources, make payments using Deluxe eChecks. Call 800-631-8962 to get started today!

DELUXE | eChecks

South East Personnel Leasing, Inc. 2739 U.S. HIGHWAY 19 N. HOLIDAY, FL 34691 (866) 605-8605

FEIN: 59-3298197    CHECK NUMBER: 6350970

| EMPLOYEE ID | EMPLOYEE NAME | | | SSN | STATUS | EXEMPTIONS | PAY TYPE | PAY RATE | HOME DEPT. | START PERIOD | END PERIOD | CHECK DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 94652750125 | STEVEN J CAMPBELL | | | 3748 | S | 00 | Hourly | 7.25 | | 09/21/17 | 09/27/17 | 09/29/17 |

| EARNINGS & REIMBURSEMENTS | | | | | | DEDUCTIONS & BENEFITS | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | DEPT. | HOURS | UNITS | RATE | AMOUNT | DESCRIPTION | AMOUNT | YTD | DESCRIPTION | AMOUNT | YTD |
| Regular | | 12.50 | | 7.25 | 90.63 | PA SUTA EM | 0.06 | 0.06 | Federal | 4.64 | 4.64 |
| | | | | | | | | | FICA - | 5.62 | 5.62 |
| | | | | | | | | | Medicar | 1.31 | 1.31 |
| | | | | | | | | | Pennsyl | 2.78 | 2.78 |
| | | | | | | | | | 510101 | 3.53 | 3.53 |
| | | | | | | | | | 090804 | 1.00 | 1.00 |

| | TOTAL HOURS/UNITS/WAGES | 12.50 | 0.00 | | 90.63 | TOTAL DEDUCTIONS | 0.06 | 0.06 | TOTAL TAXES | 18.88 | 18.88 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | EARNED THIS PAY PERIOD | USED | AVAILABLE | GROSS EARNINGS | 90.63 | TOTAL YTD EARNINGS | | 90.63 | NET WAGES | | 71.69 |
| VAC | 0.00 | 0.00 | 0.00 | TAXABLE EARNINGS | 90.63 | TOTAL YTD TAXABLE EARNINGS | | 90.63 | CHECK AMOUNT | | 71.69 |
| SICK | 0.00 | 0.00 | 0.00 | | | | | | | | |

*Pasha Luxury Services, Inc. 67 Buck Rd Suite B19 Huntingdon Valley, PA 19006*

---

**WARNING — THIS CHECK IS PROTECTED BY SPECIAL SECURITY FEATURES**

**SouthEast**
2739 US Highway 19 North
Holiday, FL 34691

BANK OF AMERICA
888 7th St.
Suite 100
Los Angeles, CA 90017

EMPLOYEE ID
94652750125

CHECK DATE
09/29/17

CHECK NUMBER
6350970

CHECK AMOUNT
**71.69**

PAY    Seventy-One and 69/100 Dollars

VOID AFTER 60 DAYS

TO THE
ORDER OF

STEVEN J CAMPBELL
332 MAGEE AVE
PHILADELPHIA, PA 19111

AUTHORIZED SIGNATURE

⑈6350970⑈ ⑆063000047⑆ 0055634731 24⑈

# Earnings Statement

**ADP**

AMAZON.COM DEDC LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

| | |
|---|---|
| Period Beginning: | 11/05/2017 |
| Period Ending: | 11/11/2017 |
| Pay Date: | 11/17/2017 |

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:        0
  PA:              N/A

00000002727
**STEVEN CAMPBELL**
**332 MAGEE AVE**
**PHILADELPHIA PA 19111**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.5000 | 9.40 | 117.50 | 117.50 |
| Shift Pay @ | 1.0000 | 9.40 | 9.40 | 9.40 |
| Gross Pay | | | $126.90 | 126.90 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -8.27 | 8.27 |
| | Social Security Tax | -7.87 | 7.87 |
| | Medicare Tax | -1.84 | 1.84 |
| | PA State Income Tax | -3.90 | 3.90 |
| | Philadelphia Income Tax | -4.94 | 4.94 |
| | PA SUI/SDI Tax | -0.09 | 0.09 |
| | Net Pay | $99.99 | |
| | Checking Dep. | -99.99 | |
| | Net Check | $0.00 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 9.40 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 888-892-7180

BASIS OF PAY: HOURLY

@ THE SHIFT PAY RATE MAY NOT DISPLAY CONSISTENTLY
DUE TO CALCULATION METHOD AND ROUNDING.

LEGAL ADDR 1 CENTERPOINT BLVD NEW CASTLE DE 19702

Your federal taxable wages this period are $126.90

© 1998, 2006, ADP, LLC. All Rights Reserved.

---

© 2000 ADP, LLC

▲ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

AMAZON.COM DEDC LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

| Advice number: | 00000487675 |
|---|---|
| Pay date: | 11/17/2017 |

Deposited to the account of
**STEVEN CAMPBELL**

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxxxx8637 | xxxx xxxx | $99.99 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**



HOLD AT AN ANGLE TO VIEW
ADP WATERMARKS

THIS SIDE OF DOCUMENT CONTAINS ADP WATERMARKS.  HOLD AT AN ANGLE TO VIEW.

R662930591



DO NOT WRITE / SIGN / STAMP/BELOW THIS TYPE



**TARGET.**

| Employee Name | STEVEN JOSEPH CAMPBELL | | | HROC | 1-800-394-1885 | | |
|---|---|---|---|---|---|---|---|
| Employee Number | 0073150146 | 401k% After Tax | 0.00 | FED Exemptions | SINGLE | 0 + $0 | |
| | | 401k% Before Tax | 0.00 | STATE Exemptions | N/A | 0 + $0 | |
| Total Hours YTD | 14.08 | PH Available | | PERIOD BEG | 10/29/2017 | DEPOSIT # | |
| Current Total Hours Worked | 14.080 | Vac Available | | PERIOD END | 11/11/2017 | CHECK # 0011917458 | 125.49 |
| Avg Hrs for mth ending | | Sick Remaining | | CHECK DATE | 11/17/2017 | TOTAL NET PAY | 125.49 |

## HOURS AND EARNINGS

| DESCRIPTION | PRIOR BEG | PERIOD END | HRLY RATE | CURRENT HOURS | CURRENT EARNINGS | YEAR-TO-DATE HOURS | YEAR-TO-DATE EARNINGS |
|---|---|---|---|---|---|---|---|
| REGULAR | 10/29 | 11/11 | 11.000 | 14.08 | 154.88 | 14.08 | 154.88 |

## TAXES

| DESCRIPTION | CURRENT | YEAR TO DATE |
|---|---|---|
| FED WITHHOLDNG | 6.64 | 6.64 |
| FED MED/EE | 2.25 | 2.25 |
| FED OASDI/EE | 9.60 | 9.60 |
| PA UNEMPL EE | 0.11 | 0.11 |
| PA WITHHOLDNG | 4.76 | 4.76 |
| PA WITHHOLDNG | 6.03 | 6.03 |

## TOTAL EARNINGS AND TAXABLE BASES

| DESCRIPTION | CURRENT EARNINGS | YEAR-TO-DATE EARNINGS |
|---|---|---|
| Gross Wages | 154.88 | 154.88 |
| Net Pay | 125.49 | 125.49 |
| FICA-OASDI | 154.88 | 154.88 |
| FICA-MEDICARE | 154.88 | 154.88 |
| Federal | 154.88 | 154.88 |
| State | 154.88 | 154.88 |

## BEFORE-TAX DEDUCTIONS

| DESCRIPTION | CURRENT NET | YEAR TO DATE |
|---|---|---|
| | | |

## AFTER-TAX DEDUCTIONS

| DESCRIPTION | CURRENT NET | YEAR TO DATE |
|---|---|---|
| | | |

TARGET CORPORATION,1000 NICOLLET MALL
PO BOX 9315,MINNEAPOLIS,MN 55440-9401

▼ ──── REMOVE DOCUMENT ALONG THIS PERFORATION ──── ▼





**Target Payroll**
Mail Stop NCE-0242
7000 Target Parkway North
Brooklyn Park, MN 55445-4301



003033   P/E 11/11/2017          0011917458
O4 -2418-000000     ATK   0073150146
STEVEN JOSEPH CAMPBELL
332 MAGEE AVE
PHILADELPHIA, PA   19111



*17-17470    Bank Statement* (handwritten)

| Posting Date | Description | Status | Amount | Available Balance |
|---|---|---|---|---|
| 11/27/2017 | CHECKCARD 1125 WINE AND SPIRITS 5158 PHILADELPHIA PA 24733097330842727367456 | C | -23.75 | 186.49 |
| 11/27/2017 | FAMILY DOLLAR 11/25 #000410662 PURCHASE FAMILY DOLLAR # PHILADELPHIA PA | C | -10.80 | 210.24 |
| 11/27/2017 | CHECKCARD 1125 MCDONALD'S F5674 PHILADELPHIA PA 24427337330710047779109 | C | -9.50 | 221.04 |
| 11/27/2017 | BKOFAMERICA ATM 11/27 #000005913 DEPOSIT BURHOLME PHILADELPHIA PA | C | 20.00 | 230.54 |
| 11/24/2017 | FAMILY DOLLAR 11/23 #000168950 PURCHASE FAMILY DOLLAR # PHILADELPHIA PA | C | -15.51 | 210.54 |
| 11/22/2017 | BKOFAMERICA ATM 11/22 #000005612 WITHDRWL LAWNDALE PHILADELPHIA PA | C | -20.00 | 226.05 |
| 11/21/2017 | TARGET T- 7400 11/21 #000118025 PURCHASE TARGET T- 7400 Bu Philadelphia PA | C | -4.95 | 246.05 |
| 11/21/2017 | CHECKCARD 1120 SALERNOS PHILADELPHIA PA 24269797325001144502161 | C | -11.29 | 251.00 |
| 11/21/2017 | CHECKCARD 1119 MCDONALD'S F5674 PHILADELPHIA PA 24427337324710032101622 | C | -9.29 | 262.29 |
| 11/20/2017 | AUTOZONE 1881 11/20 #000531755 PURCHASE AUTOZONE 1881 73 PHILADELPHIA PA | C | -79.36 | 271.58 |
| 11/20/2017 | FAMILY DOLLAR 11/20 #000788452 PURCHASE FAMILY DOLLAR # PHILADELPHIA PA | C | -23.59 | 350.94 |
| 11/20/2017 | TARGET T- 7400 11/19 #000110599 PURCHASE TARGET T- 7400 Bu Philadelphia PA | C | -6.68 | 374.53 |
| 11/20/2017 | CHECKCARD 1118 SALERNOS PHILADELPHIA PA 24269797323100434466566 | C | -15.24 | 381.21 |
| 11/20/2017 | CHECKCARD 1118 MCDONALD'S F5674 PHILADELPHIA PA 24427337323710056719755 | C | -9.29 | 396.45 |
| 11/20/2017 | AUTOZONE 1881 11/18 #000443177 PURCHASE AUTOZONE 1881 73 PHILADELPHIA PA | C | -38.84 | 405.74 |
| 11/20/2017 | CHECKCARD 1117 MCDONALD'S F2825 PHILADELPHIA PA 24427337321720036344691 | C | -8.29 | 444.58 |
| 11/20/2017 | CHECKCARD 1117 AMAZON MKTPLACE PMTS AMZN.COM/BILLWA 24692167321100164253270 | C | -11.99 | 452.87 |
| 11/20/2017 | CHECKCARD 1116 MCDONALD'S F5674 PHILADELPHIA PA 24427337321710052169841 | C | -9.29 | 464.86 |
| 11/17/2017 | FAMILY DOLLAR 11/17 #000420202 PURCHASE FAMILY DOLLAR # PHILADELPHIA PA | C | -15.75 | 474.15 |
| | | | -30.00 | 489.90 |

FILED
FEB 22 2018
TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK

| Posting Date | Description | Status | Amount | Available Balance |
|---|---|---|---|---|
| 11/17/2017 | BKOFAMERICA ATM 11/17 #000009765 WITHDRWL LAWNDALE PHILADELPHIA PA | C | | |
| 11/17/2017 | CHECKCARD 1116 FEDEXOFFICE 00006692 PHILADELPHIA PA 24164077320069931361586 | C | -5.76 | 519.90 |
| 11/17/2017 | AMAZON COM DEDC DES:DIRECT DEP ID:XXXXX4647841X5J... | C | 99.99 | 525.66 |
| 11/17/2017 | BKOFAMERICA ATM 11/17 #000009764 DEPOSIT LAWNDALE PHILADELPHIA PA | C | 125.49 | 425.67 |
| 11/16/2017 | #07787 ACME 11/16 #000912907 PURCHASE #07787 ACME PHILADELPHIA PA | C | -31.85 | 300.18 |
| 11/15/2017 | FAMILY DOLLAR 11/15 #000212978 PURCHASE FAMILY DOLLAR # PHILADELPHIA PA | C | -17.97 | 332.03 |
| 11/15/2017 | BKOFAMERICA ATM 11/15 #000009554 DEPOSIT BURHOLME PHILADELPHIA PA | C | 350.00 | 350.00 |
| 11/13/2017 | FAMILY DOLLAR 11/11 #000456694 PURCHASE FAMILY DOLLAR # PHILADELPHIA PA | C | -1.93 | 0.00 |
| 11/13/2017 | BKOFAMERICA ATM 11/11 #000007741 WITHDRWL LAWNDALE PHILADELPHIA PA | C | -10.00 | 1.93 |
| 11/13/2017 | TARGET T- 7400 11/11 #000721294 PURCHASE TARGET T- 7400 Bu Philadelphia PA | C | -0.99 | 11.93 |

### Statement as of 11/11/2017

| Posting Date | Description | Status | Amount | Available Balance |
|---|---|---|---|---|
| 11/10/2017 | Monthly Maintenance Fee | C | -12.00 | 12.92 |
| 11/10/2017 | WAWA 8006 11/10 #000890027 PURCHASE WAWA 8006 PHILADELPHIA PA | C | -15.00 | 24.92 |
| 11/10/2017 | CHECKCARD 1109 REDBOX *DVD RENTAL OAKBROOK TER IL 24692167314200585343848 | C | -2.16 | 39.92 |
| 11/10/2017 | CHECKCARD 1109 NETFLIX.COM NETFLIX.COM CA 24692167313200278220163 RECURRING | C | -2.74 | 42.08 |
| 11/09/2017 | 7-ELEVEN 11/09 #000476496 PURCHASE 7-ELEVEN PHILADELPHIA PA | C | -8.24 | 44.82 |

**Bank of America** ➤

## BofA Core Checking - 8637: Account Activity

Balance Summary:$410.00 (available as of today 01/16/2018)
View:today 01/16/2018

**All Transactions**

| Posting Date | Description | Status | Amount | Available Balance |
|---|---|---|---|---|
| **Amount included in Available Balance** | | | | |
| Processing | FAMILY DOLLAR # 01/15 #000000663010 PURCHASE FAMILY DOLLAR # PHILADELPHIA PA | P | -1.50 | 410.00 |
| Processing | EXPRESS COLD BEER 01/13 #801315491446 PURCHASE EXPRESS COLD BEER PHILADELPHIA PA | P | -8.00 | 411.50 |
| Processing | EXPRESS COLD BEER 01/13 #801306488741 PURCHASE EXPRESS COLD BEER PHILADELPHIA PA | P | -8.75 | 419.50 |
| Processing | EXPRESS COLD BEER 01/12 #801302194973 PURCHASE EXPRESS COLD BEER PHILADELPHIA PA | P | -4.75 | 428.25 |
| Processing | BANK OF AMERICA ATM 01/16 #000000004939 DEPOSIT LAWNDALE PHILADELPHIA PA | P | 410.00 | 433.00 |
| 01/12/2018 | EXPRESS COLD B 01/12 #000968294 PURCHASE EXPRESS COLD BEER PHILADELPHIA PA | C | -10.00 | 23.00 |
| 01/12/2018 | BKOFAMERICA ATM 01/11 #000005589 DEPOSIT SOUTHAMPTON SOUTHAMPTON PA | C | 45.00 | 33.00 |
| **Statement as of 01/12/2018** | | | | |
| 01/11/2018 | Monthly Maintenance Fee | C | -12.00 | -12.00 |
| 01/02/2018 | FAMILY DOLLAR 12/31 #000934864 PURCHASE FAMILY DOLLAR # PHILADELPHIA PA | C | -7.62 | 0.00 |
| 12/29/2017 | 7-ELEVEN 12/28 #000441708 PURCHASE 7-ELEVEN PHILADELPHIA PA | C | -8.77 | 7.62 |
| 12/28/2017 | WINE AND SPIRI 12/28 #000298453 PURCHASE WINE AND SPIRITS PHILADELPHIA PA | C | -21.59 | 16.39 |
| 12/28/2017 | WAWA 8006 12/28 #000893832 PURCHASE WAWA 8006 PHILADELPHIA PA | C | -10.00 | 37.98 |
| 12/28/2017 | EXPRESS COLD B 12/28 #000613204 PURCHASE EXPRESS COLD BEER PHILADELPHIA PA | C | -9.25 | 47.98 |
| 12/28/2017 | CHECKCARD 1227 SALERNOS PHILADELPHIA PA 2426979736200109690578 | C | -18.45 | 57.23 |
| 12/28/2017 | CHECKCARD 1228 CRICKET WIRELESS 855-246-2461 FL 2469216736210068970899 | C | -60.00 | 75.68 |
| 12/26/2017 | EXPRESS COLD B 12/26 #000797663 PURCHASE EXPRESS COLD BEER PHILADELPHIA PA | C | -9.75 | 135.68 |
| 12/26/2017 | | | -9.75 | 145.43 |

| Posting Date | Description | Status | Amount | Available Balance |
|---|---|---|---|---|
| | EXPRESS COLD B 12/26 #000167593 PURCHASE EXPRESS COLD BEER PHILADELPHIA PA | C | | |
| 12/26/2017 | EXPRESS COLD B 12/25 #000352618 PURCHASE EXPRESS COLD BEER PHILADELPHIA PA | C | -13.75 | 155.18 |
| 12/26/2017 | EXPRESS COLD B 12/25 #000159704 PURCHASE EXPRESS COLD BEER PHILADELPHIA PA | C | -13.75 | 168.93 |
| 12/26/2017 | 7-ELEVEN 12/25 #000333398 PURCHASE 7-ELEVEN PHILADELPHIA PA | C | -5.39 | 182.68 |
| 12/26/2017 | CHECKCARD 1224 DUNKIN #304047 Q35 PHILADELPHIA PA 24431067359838000277416 | C | -20.00 | 188.07 |
| 12/26/2017 | AUTOZONE 1881 12/24 #000143925 PURCHASE AUTOZONE 1881 73 PHILADELPHIA PA | C | -6.47 | 208.07 |
| 12/26/2017 | CHECKCARD 1224 CRICKET WIRELESS 855-246-2461 FL 24692167358100505588133 | C | -10.00 | 214.54 |
| 12/26/2017 | EXPRESS COLD B 12/24 #000150341 PURCHASE EXPRESS COLD BEER PHILADELPHIA PA | C | -12.75 | 224.54 |
| 12/26/2017 | CRICKETWIRELES 12/24 #000497503 PURCHASE CRICKETWIRELESSLL PHILADELPHIA PA | C | -59.39 | 237.29 |
| 12/26/2017 | EXPRESS COLD B 12/24 #000131893 PURCHASE EXPRESS COLD BEER PHILADELPHIA PA | C | -9.75 | 296.68 |
| 12/26/2017 | #07787 ACME 12/23 #000262568 PURCHASE #07787 ACME PHILADELPHIA PA | C | -20.28 | 306.43 |
| 12/26/2017 | CHECKCARD 1222 SALERNOS PHILADELPHIA PA 24269797357500839531204 ⊕ **Add this deal Click here to earn 10% cash back on your Brio Tuscan Grille purchase.** | C | -16.94 | 326.71 |
| 12/26/2017 | CHECKCARD 1223 CRICKET WIRELESS 855-246-2461 FL 24692167357100505758802 | C | -10.00 | 343.65 |
| 12/22/2017 | 7ELEVEN-FCTI 12/22 #000898406 WITHDRWL 6622 RISING SUN A PHILADELPHIA PA FEE | C | -2.50 | 353.65 |
| 12/22/2017 | 7ELEVEN-FCTI 12/22 #000898406 WITHDRWL 6622 RISING SUN A PHILADELPHIA PA | C | -42.00 | 356.15 |
| 12/21/2017 | FAMILY DOLLAR 12/21 #000578271 PURCHASE FAMILY DOLLAR # PHILADELPHIA PA | C | -24.21 | 398.15 |
| 12/18/2017 | WAWA 8006 12/18 #000835633 PURCHASE WAWA 8006 PHILADELPHIA PA | C | -20.00 | 422.36 |
| 12/18/2017 | DOLLAR TR 2620 12/16 #000518736 PURCHASE DOLLAR TR 2620 CO PHILADELPHIA PA | C | -20.16 | 442.36 |
| 12/18/2017 | | C | -39.95 | 462.52 |

Account Details Print Friendly                                                                  Page 3 of 3

| Posting Date | Description | Status | Amount | Available Balance |
|---|---|---|---|---|
| | CHECKCARD 1215 WINE AND SPIRITS 5158 PHILADELPHIA PA 24733097350842749718947 | | | |
| 12/15/2017 | TGT PAY TARGET DES:REG SALARY ID:XXXXX50146 INDN:CAMPBELL,STEVEN... | C | 214.47 | 502.47 |
| 12/15/2017 | BKOFAMERICA ATM 12/14 #000001123 DEPOSIT LAWNDALE PHILADELPHIA PA | C | 300.00 | 288.00 |

**Statement as of 12/12/2017**

| Posting Date | Description | Status | Amount | Available Balance |
|---|---|---|---|---|
| 12/11/2017 | Monthly Maintenance Fee | C | -12.00 | -12.00 |
| 12/11/2017 | FAMILY DOLLAR 12/10 #000288482 PURCHASE FAMILY DOLLAR # PHILADELPHIA PA | C | -1.60 | 0.00 |
| 12/08/2017 | BKOFAMERICA ATM 12/08 #000006309 WITHDRWL LAWNDALE PHILADELPHIA PA | C | -20.00 | 1.60 |
| 12/08/2017 | EXPRESS COLD B 12/08 #000266494 PURCHASE EXPRESS COLD BEER PHILADELPHIA PA | C | -6.75 | 21.60 |
| 12/08/2017 | CHECKCARD 1207 DTV*DIRECTV SERVICE 800-347-3288 CA 24692167341100666456708 | C | -42.40 | 28.35 |
| 12/07/2017 | EXPRESS COLD B 12/07 #000254643 PURCHASE EXPRESS COLD BEER PHILADELPHIA PA | C | -6.75 | 70.75 |
| 12/06/2017 | 7-ELEVEN 12/06 #000648880 PURCHASE 7-ELEVEN PHILADELPHIA PA | C | -6.00 | 77.50 |
| 12/06/2017 | EXPRESS COLD B 12/06 #000149526 PURCHASE EXPRESS COLD BEER PHILADELPHIA PA | C | -10.75 | 83.50 |
| 12/06/2017 | EXPRESS COLD B 12/05 #000145560 PURCHASE EXPRESS COLD BEER PHILADELPHIA PA | C | -6.75 | 94.25 |
| 12/06/2017 | CHECKCARD 1205 WINE AND SPIRITS 5158 PHILADELPHIA PA 24733097340842737031264 | C | -39.95 | 101.00 |
| 12/04/2017 | PNC BANK 12/02 #000004490 WITHDRWL 6800 RISING SUN PHILADELPHIA PA FEE | C | -2.50 | 140.95 |
| 12/04/2017 | FAMILY DOLLAR 12/03 #000447326 PURCHASE FAMILY DOLLAR # PHILADELPHIA PA | C | -18.11 | 143.45 |
| 12/04/2017 | CHECKCARD 1204 CRICKET WIRELESS 855-246-2461 FL 24692167338100750462096 | C | -35.00 | 161.56 |

*17 - 17470*   *Home Owners policy*

\#   ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY   \#
PENNSYLVANIA

HOME OFFICE
NORTHBROOK, ILLINOIS
Application No.: 076150562322794

Applicant Name : STEVEN CAMPBELL
Address      : 332 MAGEE AVE
City         : PHILADELPHIA          St. : PA   Zip Code : 19111
Home Phone No.: (215)713-5510
Email Address:

County: PHILADELPHIA

LOCATION OF PROPERTY : SAME

POLICY DISTRIBUTION/BILLING
    Policy sent to:                    INSURED
    Initial premium notice sent to:    MORTGAGEE
    Renewal premium notice sent to:    MORTGAGEE

MORTGAGEE/THIRD PARTY INFORMATION

    FIRST MORTGAGEE
    Loan Number :  0091454983          Mortgage Balance: $125000
    Name        :  M&T BANK ISAOA
    Address     :  PO BOX 5738         Directory Code:
    City        :  SPRING FIELD        St. : OH   Zip Code : 45501

ADDITIONAL INSURED INFORMATION : NONE

ADULT OCCUPANTS

| OCC. NO. | OCCUPANT NAME | SOCIAL SEC. NO. | RELATION TO INS. | BIRTH DATE | SEX | MARITAL STATUS | DRIVER LICENSE | STATE LICENSED |
|---|---|---|---|---|---|---|---|---|
| 1 | STEVEN CAMPBELL | XXX-XX-3748 | SA | 08/XX/1974 | M | SI | | |

CHILDREN IN HOUSEHOLD: NONE
Total number of residents in household including children: 1

HOUSEHOLD INFORMATION
    Years at current address: 5
    Number of dogs on premises: NONE          Does anyone in the household smoke?: NO
    Is either applicant eligible for the Good Hands Program: NO

POLICY TYPE - HOUSE & HOME

LOCATION OF PROPERTY
    Fire Protected Area : PHILADELPHIA

FILED
FEB 22 2018
TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK

Page 1 of 6

\+                    076150562322794A0761AR1287PA1                    \+

**Wischnin Insurance Agency**
Exclusive Agent
Allstate Insurance Company
124 S. York Road
Hatboro, PA  19040
Bus:     (215) 956-9755
Fax:     (215) 956-9791

Allstate.
You're in good hands.

\#                    ALLSTATE  VEHICLE  AND  PROPERTY  INSURANCE  COMPANY                    \#
                                      PENNSYLVANIA
HOME OFFICE                                Application No.: 076150562322794
NORTHBROOK, ILLINOIS


County: PHILADELPHIA                      Territorial Zone: 19111
Miles to Fire Department: 1               Feet to Fire Hydrant:
                                          Town Class Rating: 02

---

**COVERAGES**
The premium stated below reflects the applicable loss deductibles listed under the section titled "Loss Deductibles Applied".

| SECTION I COVERAGES | LIMITS | PREMIUM |
|---|---|---|
| Dwelling Protection | $240826 | $1045.46 |
| Roof Surfaces Endorsement applies | | |
| Other Structures Protection | $24083 | INCL |
| Personal Property Protection | $144496 | INCL |
| Additional Living Expense-Up to 12 months not to exceed | $24083 | INCL |

SECTION I OPTIONAL/INCREASED COVERAGES SELECTED
Property Insurance Adjustment                                    INCL

| SECTION II COVERAGES | | |
|---|---|---|
| Family Liability Protection - each occurrence | $100000 | INCL |
| Guest Medical Protection - each person | $1000 | INCL |

SECTION III OPTIONAL COVERAGES/INCREASED COVERAGES APPLIED
An additional premium is charged for each of the following optional coverages you have selected.

| | LIMITS | PREMIUM |
|---|---|---|
| Extended Premises | INCL | $27.00 |

---

S.P.P. COVERAGES : NONE

---

LOSS DEDUCTIBLES APPLIED
The following loss deductibles apply as specified below.
Windstorm and Hail      $1500
All Other Perils        $1500

---

DISCOUNTS APPLIED
The following discounts have been applied to reduce your insurance premium.
Home Buyer
Protective Device
Responsible Payment
Welcome
Claim Free

---

PREMIUM INFORMATION
Total Estimated Annual Policy Premium:      $1072.46
                     Amount Paid:           C.O.D.

Page 2 of 6

**Wiseman Insurance Agency**
Exclusive Agent
Allstate Insurance Company
124 S. York Road
Hatboro, PA  19040
Bus:    (215) 956-9755
Fax:    (215) 956-9791

Allstate
You're in good hands.

#              ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY                    #
                              PENNSYLVANIA
HOME OFFICE                        Application No.: 076150562322794
NORTHBROOK, ILLINOIS

---

## ESTIMATOR

Residential Component Technology(tm)

| | | |
|---|---|---|
| RCT Cost Date: | 11/15/2014 | |
| Estimated Replacement Cost: | $240,826 | |
| Zip Code: | 19111 | |
| Style/Number of Stories: | Row House End , 2 Story | |
| Year Built: | 1955 | |
| No. of Families: | 2 | |
| Living Area Square Footage: | 1200 | |
| Cathedral Ceiling: | None | |
| Foundation: | 100 % | Basement |
| Garages: | 1 | Detached Garage  - 1 Car |
| Kitchens: | 2 | Basic |
| Bathrooms: | 2 | Bath - Full - Basic |
| Fireplaces: | None | |
| Wood Stove: | None | |
| Screened Porches: | None | |
| Solar Rooms: | None | |
| Attached Barns: | None | |
| Wood Deck: | None | |
| Composite Deck: | None | |
| Redwood Deck: | None | |
| Open Porch: | None | |
| Exterior Wall Type: | 100 % | Brick - Solid |
| Roof Type: | 10 % | Asphalt/Fiberglass Shingle |
| | 90 % | Rubber |
| Heat and Air Conditioning: | 100 % | Heating - Gas |
| Interior Wall Partitions: | 100 % | Drywall/Sheetrock Wall Type |
| | 100 % | Less than 10ft. |
| Special Exterior Features: | None | |

Residential Component Technology(tm) and RCT(tm) are trademarks of
Marshall & Swift/Boeckh.

---

## DWELLING INFORMATION

Mo/Year Dwelling Purchased: 08/2013          Original Owner: NO
No. Apts./Family Units: 2

                                             Roof Type: Rubber
Roof Geometry: Flat                          Hail Resistive Roof: NO
                                             Year Roof Was Replaced: 2010

Construction: Brick (Solid Brick, Stone, Masonry)
Applicant lives in the building as: OWNER
Unit Residence: Primary                      Unit type: HOUSE
Dwelling in Course of Construction: NO

---

+                    076150562322794A0761AR1287PA3                    +

Wiseman Insurance Agency
Exclusive Agent
Allstate Insurance Company
124 S. York Road
Hatboro, PA  19040
Bus:      (215) 956-9755
Fax:      (215) 956-9791

\#                    ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY                    \#
PENNSYLVANIA
HOME OFFICE                                    Application No.: 076150562322794
NORTHBROOK, ILLINOIS


PROTECTIVE DEVICES INSTALLED
    Deadbolt Locks (all exterior doors)
    Local Burglar Alarm
    Local Fire Alarm
    Smoke Detector (each floor)
    Fire Extinguisher

Applicant's Initials _____

Does the insured have an alternative or supplemental heating source (excluding fireplaces)?: NO
Is there any store, business or professional activity in the building, at the applicant's premises, or at additional
premises owned by the applicant?: NO


PRIOR PROPERTY INSURANCE
    Company Name: FORCED PLACED


OTHER KEY OR ALLSTATE POLICIES (CROSS INDEX): NONE
Eff. Date Insured has had continuous insurance with Allstate: 02/25/2015


AUTO INFORMATION
How many vehicles are in the household?: 0
Max of Years with Prior/Current Auto Carrier 0
How many auto at-fault accidents have the applicant and co-applicant had in the last 5 years? 0
How many auto not-at-fault accidents have the applicant and co-applicant had in the last 5 years? 0
How many comprehensive claims have the applicant and co-applicant filed in the last 5 years? 0
How many minor violations have the applicant and co-applicant had in the last 3 years? 0
How many major violations have the applicant and co-applicant had in the last 3 years? 0


REMARKS:  NONE


NOTICE: As part of Allstate's underwriting/qualification procedure and subject to applicable laws and
regulations, we may obtain information regarding you and other individuals who may be covered by the
insurance you are applying for, including: (i) driving record, based on state motor vehicle reports and loss
information reports; (ii) your prior insurance record, if any, which will be obtained from your current or prior
carrier(s); (iii) credit reports; and (iv) claim history, based on loss information reports.

Any insurance bound is limited to a period of 60 days from its effective date and expires on the last day of
such limited period. The Company may sooner terminate such insurance by mailing to the Applicant, at the
address herein given, written notice of rejection of this application. Such termination shall be effective at the
earlier of A) THE DATE AND TIME INDICATED ON THE TERMINATION NOTICE OR B) AS OF THE
TIME APPLICANT SECURES OTHER HOMEOWNERS, RENTERS OR CONDOMINIUM OWNERS
INSURANCE. Upon such expiration, or termination, refund of premium may be tendered or paid by check of
the Company or its Agent, and if not then, as soon as practicable thereafter.
Any insurance bound hereunder shall otherwise be subject in all respects to the terms and conditions of the
regular policy forms of the Company at present in use and to the statements in this application. Any insurance
Page 4 of 6

Wisehart Insurance Agency
Exclusive Agent
Allstate Insurance Company
124 S. York Road
Hatboro, PA  19040
Bus:     (215) 956-9755
Fax:     (215) 956-9791

Allstate.
You're in good hands.

#                   ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY                   #
                                   PENNSYLVANIA
HOME OFFICE                              Application No.: 076150562322794
NORTHBROOK, ILLINOIS

is bound only for such items, perils, coverages, forms of coverage, limits of insurance and amounts of
insurance as are indicated on the face hereof, and only those additional Homeowners coverages are bound for
which a premium is indicated.
If you believe your credit information was adversely impacted by extraordinary medical or other
circumstances, you have the right to appeal this decision. Please contact your Allstate Representative for
additional information.

_____
I understand that upon issuance of the insurance applied for, except for those with the Select Value or Select
Value with Roof Surfaces Extended Coverage endorsement, the Property Insurance Adjustment (P.I.A.)
condition will apply to the policy. In accordance with terms of this condition, the limits of liability may be
adjusted at each anniversary of the policy.

_____
BINDER PROVISION - In reliance on the statements in this application and subject to the terms and
conditions of the policy authorized for the Company's issuance to the applicant, the Company named above
binds the insurance applied for, to
    become effective:        02:20 PM          02/25/2015
    Transaction time/date:   02:20 PM          02/25/2015
Any insurance bound shall continue in force until terminated by mailing notice as specified above, or until a
policy is issued, notwithstanding the limitation on the binder period specified above.
Any person who knowingly and with intent to defraud any insurance company or other person files an
application for insurance or statement of claim containing any materially false information or conceals for the
purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act,
which is a crime and subjects such person to criminal and civil penalties.
To the best of my knowledge the statements made on this application, including any attachments, are true. I
request the Company, in reliance on these statements, to issue the insurance applied for. The Company may
recompute the premium shown if the statements made herein are not true. In the event of any
misrepresentation or concealment made by me or with my knowledge in connection with this application, the
Company may deem this binder and any policy issued pursuant to this application, void from its inception.
This means that the Company will not be liable for any claims or damages which would otherwise be
covered.

_____

I have read this entire application, including the binder provision, before signing.


_____              _____
        Applicant's Signature                          Date

( )   I have inspected the premises.        (X)   I have not inspected the premises


Page 5 of 6

Wilson Insurance Agency
Exclusive Agent
Allstate Insurance Company
124 S. York Road
Hatboro, PA  19040
Bus:     (215) 956-9755
Fax:     (215) 956-9791

\#     ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY    \#
               PENNSYLVANIA

HOME OFFICE          Application No.: 076150562322794
NORTHBROOK, ILLINOIS

| Jim Carney Hatboro | 0A0761 | B09 |
|---|---|---|
| Agent/Agency Name | Number | Location Code |

OROURKE, THOMAS
Producer's Signature

AR1287

076150562322794A0761AR1287PA6



Wilshan Insurance Agency
Exclusive Agent
Allstate Insurance Company
124 S. York Road
Hatboro, PA 19040
Bus:    (215) 956-9755
Fax:    (215) 956-9791

Memo

Bank Of America N.A.

One hundred ninety-six and 84/100

PAY TO THE ORDER OF  Steve Campbell

$ 196.84

Dollars

*Signature: Gregg Fox*

Gregg Fox
Pasha Luxury Services, Inc.
67 buck RD, Suite 107
Huntingdon Valley, PA, 19006

Date
09/22/2017
Void after 90 days

VV190

This is a Deluxe eCheck. Use the Check Verification service
provided by the Deluxe Corporation if you wish to confirm
that this check was issued by the account holder and remains
unmodified from the original electronic document.
http://www.verifyvalid.com/verify.

---

Cut along this line ✂

# Check appears upside down intentionally

## How to use this check

**Need help?** Visit eChecks.com or call 800-631-8962

### Step 1
**Print the check**

✓ **Any printer works**
✓ **Black or color ink**
✓ **Basic white paper**

### Step 2
**Validate it printed correctly**

✓ **Correct if bank numbers are:**
Centered in white space
Parallel to edge of the page
Clearly printed in dark black ink

✗ **Reprint if bank numbers are:**
Cut off, skewed, or off-center
Smudged or wrinkled
Too light to read

### Step 3
**Deposit like normal**

1. **Cut on the dotted line above**
2. **Endorse the back**
3. **Deposit like normal:**
   In-person at a bank or credit union
   Using an ATM
   Via smartphone mobile deposit
   With an office check scanner

**Bank or credit union questions?**
More info below.

Does your financial institution have questions about this check?
- This check was printed from an authorized check record. It is not a Check 21 Image Replacement Document.
- The details (pay to, amount, routing/account number) and authenticity of this check can be verified by visiting: verifyvalid.com/verify

## Questions? Visit **eChecks.com** or call 800-631-8962

## For your records

**09/22/2017**
**Check Number:** VV190
**From:** Gregg Fox
**Amount:** 196.84
**Payable to:** Steve Campbell

Are you a business? To save time, money, and resources, make payments using Deluxe eChecks. Call 800-631-8962 to get started today!

Ⓓ **DELUXE** ǀ **e**Checks

| 09/22/2017 | #VV190 | Gregg Fox | $196.84 | | Payable to:  Steve Campbell |

17-17470    Employee Records



FILED
FEB 22 2018
TIMOTHY McGRATH, CLERK
BY                    DEP. CLERK

Page 1 of 1