# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                      Chapter 13

                      Bankruptcy No. 17-17470-MDC

STEVEN J CAMPBELL

332 MAGEE AVENUE

PHILADELPHIA, PA 19111

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    STEVEN J CAMPBELL

    332 MAGEE AVENUE

    PHILADELPHIA, PA 19111

Counsel for debtor(s), by electronic notice only.

    PRO-SE
    *
    *
    *, * *

Date: 7/27/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee