United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-17470-mdc
Steven J. Campbell                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: JEGilmore        Page 1 of 1        Date Rcvd: Sep 14, 2018
                      Form ID: pdf900        Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2018.
```
db            +Steven J. Campbell,    332 Magee Avenue,    Philadelphia, PA 19111-4617
14046445       Bayview Loan Servicing, LLC,    Bankruptcy Department,    P.O. Box 840,    Buffalo, NY 14240-0840
14008964       Internal Revenue Service,    10th & Pennsylvania Ave, NW,    Washington, DC 20004
14008963      +M & T Bank,    PO Box 619063,    Dallas, TX 75261-9063
14015173      +New Century Financial Services, Inc,    Pressler and Pressler, LLP,    7 Entin Rd,
               Parsippany, NJ 07054-5020
14008965      +Water Revenue Board,    Philadelphia Revenue Board,    1401 JFK Boulevard,
               Philadelphia, PA 19102-1606
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Sep 15 2018 02:59:08     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 15 2018 02:58:03
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 15 2018 02:58:26     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14008966      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 15 2018 02:58:27
               Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd 5th Floor,
               Coral Gables, FL 33146-1837
14096333       E-mail/Text: megan.harper@phila.gov Sep 15 2018 02:59:09     City of Philadelphia,
               Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA  19102-1595
14072446      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 15 2018 03:00:46     Directv, LLC,
               by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 6
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2018                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2018 at the address(es) listed below:
```
          KEVIN G. MCDONALD    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 4
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

STEVEN J CAMPBELL                                        Chapter 13

                Debtor                                  Bankruptcy No. 17-17470-MDC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

      **AND NOW**, this ___13th___ day of ___September___, 201_8_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

      **ORDERED**, that any wage orders are hereby vacated.

_____
                Magdeline D. Coleman
                Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
PRO-SE
*
*
*, * *

Debtor:
STEVEN J CAMPBELL

332 MAGEE AVENUE

PHILADELPHIA, PA 19111